UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  CASE NO.: 18-15499-BKC-AJC
 CHAPTER 7
WORLD GLOBAL FINANCING, INC.,

    Debtor.
_____/

ROSS. R. HARTOG, AS THE CHAPTER 7
TRUSTEE,

    Plaintiff,  ADV. CASE NO.:19-01916-AJC

v.

MINH TAM TRAN, ADAMS LAM TRAN,
TAMMY TRAN ATTORNEYS AT LAW, LLP,
HONG AN LP, VKTL, INC., CHUA, LLC,
VIET AGENCY, INC., ISMART LEARNING
CENTER, LLC, K & T SETTLEMENT BRIDGE
FINANCING, INC., VKLL LP, JC MY LY
INVESTMENT, INC., HOPE JC FOR VN INC.,
SAIGON JC INVESTMENTS, INC., VIETNAM
JC INVESTMENTS, INC., MAILY JC
INVESTMENTS, INC. PHUONG JC
INVESTMENTS, INC., and HYPERLEDGER
ASSETS LLC,

    Defendants.
_____/

PLAINTIFF'S MOTION TO CONTINUE
PRETRIAL CONFERENCE AND EXTEND RELATED DEADLINES

    Plaintiff, Ross R. Hartog, as Chapter 7 trustee of the bankruptcy estate (the "Estate") of World Global Financing, Inc. (the "Plaintiff" or "Trustee"), through undersigned counsel and pursuant to Local Rule 7090-1, moves (the "Motion") to continue the pretrial conference currently scheduled for March 23, 2020 at 10:00 a.m. (the "Pretrial Conference"), and to extend all related pretrial deadlines set forth in this Court's *Order Setting Filing and Disclosure*

*Requirements for Pretrial and Trial* [ECF No. 3](the "Pretrial Order"), and in support thereof states:

1. On December 6, 2019, the Plaintiff filed its complaint [ECF No. 1](the "Complaint"), which initiated the instant adversary proceeding.

2. On February 10, 2020, Defendants, Minh-Tam Tran ("T. Tran"), Adams Lam Tran ("A. Tran"), Tammy Tran Attorneys at Law, LLP ("Tran Firm"), Hong An LP ("Hong An"), VKTL, Inc. ("VKTL"), Chua, LLC ("Chua"), Viet Agency, Inc. ("Viet'), ISmart Learning Center, LLC ("ISmart"), K & T Settlement Bridge Financing, Inc. ("K&T"), VKLL LP ("VKLL"), JC My Ly Investment, Inc. ("My Ly"), Hope JC For VN, Inc. ("Hope"), Saigon JC Investments, Inc. ("Saigon"), Vietnam JC Investments, Inc. ("Vietnam Investments"), Maily JC Investments, Inc. ("Maily"), and Phuong JC Investments, Inc. ("Phuong") (collectively, the "Tran Defendants") filed *Defendants' Answer and Affirmative Defenses*. ECF No. 5.

3. On February 26, 2020, the Clerk of Court entered a default against Defendant Hyperledger Assets, LLC ("Hyperledger"). *See* ECF No. 12.

4. On March 2, 2020, Hyperledger filed *Defendant, Hyperledger Assets, LLC's Motion to Set Aside Default with Incorporated Memorandum of Law* [ECF No.15](the "Motion to Vacate"), as well as *Defendant's, Hyperledger Assets, LLC's, Motion to Dismiss and Incorporated Memorandum of Law* [ECF No. 16](the "Motion to Dismiss").

5. Given that the Tran Defendants only answered the Complaint last week, and that Hyperledger just filed its Motion to Vacate and Motion to Dismiss today, the Plaintiff respectfully requests that the Pretrial Conference be continued for 90 days to allow the Parties to complete their preliminary motion practice and engage in discovery.

6. This is the first request for a continuance of the Pretrial Conference.

7. None of the parties have filed their initial disclosures.

8. The Plaintiff certifies that this continuance is not being requested for the purpose of delay.

**WHEREFORE**, Plaintiff, Ross R. Hartog, as Chapter 7 Trustee of the Bankruptcy Estate of World Global Financing, Inc., respectfully requests that this Court enter an Order: (i) continuing the Pretrial Conference for a period of 90 days; (ii) extending the corresponding deadlines set forth in this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial*; and (iii) granting such other and further relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on March 2, 2020 via the Court's CM/ECF to all interested parties registered to receive electronic noticing in this case, as noted on the attached Service List.

Respectfully submitted,

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
*Counsel for the Plaintiff*
9130 S. Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Telephone:  (305) 670-5000
Facsimile:   (305) 670-5011
By:     */s/ Alan R. Rosenberg*
          ALAN R. ROSENBERG
          Florida Bar No. 92004
          arosenberg@mrthlaw.com

**Ross R. Hartog, as Chapter 7 Trustee v. Minh Tam Tran, et al.**
**Adversary Case No. 19-01916-AJC**
**Service List**

## Electronic Mail Notice List

- Vincent F Alexander    vincent.alexander@lewisbrisbois.com, claudia.pena@lewisbrisbois.com;ftlemaildesig@lewisbrisbois.com
- Adrian C. Delancy    adelancy@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
- Andres Robles Cruz    ARC@roblescruzlaw.com
- Grace E. Robson    grobson@mrthlaw.com, jgarey@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com,grobson@ecf.courtdrive.com
- Alan R Rosenberg    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com